

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| MITCHELL EDWARD TEMPLETON, JR., | § | No. 08-16-00018-CR |
|  | § | Appeal from the |
| Appellant, | § | 34th District Court |
| v. | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC# 20120D05281) |
| State. | § |  |
|  | § |  |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **September 21, 2016.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Peter R. Escobar, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before September 21, 2016.

IT IS SO ORDERED this 4th day of August, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.